Approved.

IT IS SO ORDERED.

_s/ James R. Knepp II_
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JAMES BAKER**, on behalf of himself and others similarly situated, | : | **CASE NO. 3:24-cv-01762** |
| | : | |
| Plaintiff, | : | **JUDGE JAMES R. KNEPP II** |
| | : | |
| v. | : | **MAGISTRATE JUDGE DARRELL A. CLAY** |
| | : | |
| **THE FREMONT COMPANY** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Baker and Defendant The Fremont Company, by and through their respective counsel, hereby stipulate and agree to dismiss this action without prejudice, with each party to bear his or its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| _/s/ Tristan T. Akers_ | _/s/ Anthony D. Dick_ |
| Matthew J.P. Coffman (0085586) | Komlavi Atsou (0084235) |
| Adam C. Gedling (0085256) | Scott W. Gedeon (0077634) |
| Tristan T. Akers (0102298) | Anthony D. Dick (0084913) |
| **COFFMAN LEGAL, LLC** | Ogletree, Deakins, Nash, Smoak and Stewart, P.C. |
| 1550 Old Henderson Road | 127 Public Square |
| Suite #126 | Cleveland, OH 44114 |
| Columbus, Ohio 43220 | Ph:    216-241-6100 |
| Phone: 614-949-1181 | Fax:   216-357-4733 |
| Fax: 614-386-9964 | Email: komlavi.atsou@ogletree.com |
| Email: mcoffman@mcoffmanlegal.com |          scott.gedeon@ogletree.com |
|          agedling@mcoffmanlegal.com |          anthony.dick@ogletree.com |
|          takers@mcoffmanlegal.com | |
| | _Counsel for Defendant_ |
| _Counsel for Named Plaintiff and those similarly situated_ | |